# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CESAR A. ULLOA, </br></br> Petitioner, </br></br> vs. </br></br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TULSA COUNTY SHERIFF'S OFFICE; STANLEY GLANZ, Tulsa County Sheriff; BRANSETTER, ICE Supervisor, </br></br> Respondents. | Case No. 10-CV-592-JHP-FHM |

## OPINION AND ORDER

On September 17, 2010, Petitioner Cesar A. Ulloa, appearing *pro se*, filed a 28 U.S.C. § 2241 petition for writ of habeas corpus (Dkt. # 1). When he filed his petition, Petitioner was in custody of U.S. Immigration and Customs Enforcement ("ICE") at the David L. Moss Criminal Justice Center, Tulsa, Oklahoma. He alleged that he is being illegally detained and seeks release from ICE custody.

On February 8, 2011, the federal respondents filed a response to the petition and motion to dismiss (Dkt. #s 12 and 13), asserting that this action should be dismissed as moot because Petitioner was released from detention on January 6, 2011, pursuant to an Order of the Immigration Judge. In support of their request for dismissal, respondents provide a Declaration (Dkt. # 12, Ex. 1) from Charnel Dean Wright, Deportation Officer. In his Declaration, Mr. Wright confirms that after being granted relief by the Board of Immigration Appeals ("BIA"), Petitioner was released from ICE custody on January 6, 2011. Petitioner did not file a response in opposition to the motion to dismiss.

Based on Respondents' representation that Petitioner has been released from detention, the Court finds petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus seeking release from detention has been rendered moot.

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

1. The petition for writ of habeas corpus (Dkt. # 1) is **declared moot**.

2. Respondents' motion to dismiss (Dkt. # 13) is **declared moot**.

3. This is a final order terminating this action.

DATED THIS 29th day of April 2011.

James H. Payne
United States District Judge
Northern District of Oklahoma